1438

*Thursday, October 22, 1992*
## MERIT DOCKET

**92–1864.** State ex rel. Markulin v. Ashtabula Cty. Bd. of Elections. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus regarding an expedited election matter and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court that a writ of mandamus be, and the same is hereby, denied, consistent with the opinion to follow.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**92–1911.** State ex rel. McMillan v. Ashtabula Cty. Bd. of Elections. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition regarding an expedited election matter and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court that a writ of prohibition be, and the same is hereby, granted, consistent with the opinion to follow.

IT IS FURTHER ORDERED by the court that respondent not place William Kobelak's name as sole nominee for Ashtabula County Court, Eastern Division Judge, on the general election ballot for the November 3, 1992 election.

Sweeney, Douglas, Wright and H. Brown, JJ., concur.

Holmes and Resnick, JJ., dissent.

Moyer, C.J., not participating.

## MOTION DOCKET

**90–177.** State v. Hill. *Trumbull County*, Nos. 3720 and 3745. UPON CONSIDERATION of the motion filed by counsel for appellant to stay the execution of sentence in the above-styled cause pending the timely filing of a petition for a writ of certiorari in the Supreme Court of the United States,

IT IS ORDERED that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED that the compliance with the mandate and the execution of sentence be, and the same are hereby, stayed pending the timely filing of the petition in the Supreme Court of the United States.

IT IS FURTHER ORDERED that if such petition is timely filed, this stay shall continue for an indefinite period pending final disposition of this cause by the Supreme Court of the United States.